1  ELIZABETH P. ZIENTEK, in Pro Per
   STEVE M. ZIENTEK, in Pro Per
2  117 College Avenue
   Los Gatos, CA 95030
3  Telephone: 408-354-0814

4

5

6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH P. ZIENTEK and STEVE M. ZIENTEK, <br><br> Plaintiffs, <br><br> vs. <br><br> United Healthcare Group, Incorporated; Unionbancal Corporation, <br><br> Defendants. | CASE NO.:13-CV-04961-LHK <br><br> REQUEST FOR DISMISSAL OF ENTIRE ACTION |

Comes now the Plaintiffs ELIZABETH P. ZIENTEK and STEVE M. ZIENTEK in the above-entitled action and hereby dismiss the entire action without prejudice as to every party.

Dated: November 7, 2013

_/s/ Elizabeth P. Zientek_
ELIZABETH P. ZIENTEK, in Pro Per

_/s/ Steve M. Zientek_
STEVE M. ZIENTEK, in Pro Per

1

REQUEST FOR DISMISSAL OF ENTIRE ACTION

**PROOF OF SERVICE BY MAIL**

I, the undersigned, say:

That I am now and at all times herein mentioned a citizen of the United States, over the age of eighteen years, a resident of Santa Clara County, California, and not a party to the within action or cause; that my business address is 1155 North First Street, Suite 218, San Jose, California; that I served a copy of the attached REQUEST FOR DISMISSAL OF ENTIRE ACTION by placing said copy in an envelope addressed to:

United Healthcare Group, Incorporated
c/o Pavneet Singh Uppal
Fisher Phillips LLP
201 E. Washington Street
Suite 1450
Phoenix, AZ 85004-2330

Unionbancal Corporation
c/o Pavneet Singh Uppal
Fisher Phillips LLP
201 E. Washington Street
Suite 1450
Phoenix, AZ 85004-2330

which envelope was then sealed and, with postage fully prepaid thereon, was on November 7, 2013, deposited in the United States mail at San Jose, California; that there is delivery service by United States mail at the place so addressed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 7, 2013 at San Jose, California.

Sue Campbell